# IN THE SUPREME COURT OF THE STATE OF NEVADA

FAMILY HOME HOSPICE, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
and
MARILYN TRIPI, AN INDIVIDUAL,
AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF DIGNA OTERO,
Real Party in Interest.

No. 72874

FILED

JUN 15 2017



*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a tort action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders

17-19841

denying summary judgment). In particular, petitioner has an adequate remedy in the form of an appeal from any adverse final judgment. NRS 34.170; *Pan*, 120 Nev. at 224, 88 P.3d at 841. We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Valerie Adair, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Weiner Law Group, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A